UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
FILED
JAN 15 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.   INDICTMENT NO. 0:26cr-01-DLB-EBA
33 U.S.C. §§ 1311(a) & 1319(c)(2)(A)

JOSHUA FERGUSON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

COUNT ONE
33 U.S.C. § 1311(a)
33 U.S.C. § 1319(c)(2)(A)

A. AT ALL TIMES MATERIAL

1. The Federal Water Pollution Control Act, commonly known as the Clean Water Act, codified at Title 33, United States Code, Sections 1251, *et. seq.*, was enacted by Congress to restore and maintain the chemical, physical, and biological integrity of the Nation's waters. The Clean Water Act prohibits the discharge of any pollutant into waters of the United States except in compliance with a permit issued under the Clean Water Act under the National Pollutant Discharge Elimination System (NPDES) by the United States Environmental Protection Agency or by a state with an approved permit program. 33 U.S.C. §§ 1311(a) and 1342.

2. The term "discharge of a pollutant" is defined as any addition of any pollutant to navigable waters from any point source. 33 U.S.C. § 1362(12). The term "navigable waters" means the waters of the United States which includes tributaries of waters currently used, or which were used, or may be susceptible to use in commerce, that are relatively permanent, standing, or continuously flowing bodies of water. 33 U.S.C. § 1362(7); 40 C.F.R. § 120.2. The term "point source" is defined as any discernible, confined, and discrete conveyance . . . from which pollutants are or may be discharged. 33 U.S.C. § 1362(14).

3. Left Fork Blaine Creek in Lawrence County in the Eastern District of Kentucky is a water of the United States.

4. **JOSHUA FERGUSON** was the owner and operator of oil production wells in Lawrence County, in the Eastern District of Kentucky. In addition to the wells, he maintained tanks to collect water that was produced as a waste product of oil production commonly referred to as produced water or brine water.

**B. THE OFFENSE**

5. On or about September 3, 2025, in Lawrence County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA FERGUSON**

knowingly discharged and caused the discharge of pollutants, namely wastewater generated from oil production, from a point source into waters of the United States without a NPDES permit, all in violation of 33 U.S.C. §§ 1311(a) and 1319(c)(2)(A) and 18 U.S.C. § 2.

A TRUE BILL

PAUL C. McCAFFREY
FIRST ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

Not more than 3 years imprisonment, a fine of not less than $5,000.00, nor more than $50,000.00 per day of violation, and not more than 1 year of supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Forfeiture, if applicable.